IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 05-40022 |
| Plaintiff, | )<br>) | **MINUTES OF COURT** |
| vs. | )<br>) | DATE: 3/2/06 |
| DON MICHAEL MURPHY, | ) | |
| Defendant(s). | )<br>) | |

PRESENT: **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

   This matter is before the court on the defendant's Motion to Continue (doc # 115).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue.

   It is hereby ORDERED that this matter is STRICKEN from the 3/3/06 setting and reset for disposition on 4/7/2006 at 10:00 a.m. in Benton, IL.


                                                          NORBERT G. JAWORSKI, CLERK


                                                          By: s/ K. Jane Reynolds
                                                          Deputy Clerk