IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | NO. 05-CR-40022-JPG |
| ) | |
| DON MICHAEL MURPHY, ) | |
| ) | |
| DEFENDANT. ) | |

**MEMORANDUM AND ORDER**

This matter before the Court on defendant Don Michael Murphy's motion for a copy of the transcript of the April 11, 2008, hearing regarding his desire to appeal his criminal conviction (Doc. 153). No transcript of that hearing has been prepared.

A defendant has a right to a free transcript under limited circumstances. This right is dependent upon: (1) whether the defendant can establish that he is indigent, and (2) whether the transcript is needed to decide an issue presented by a pending and non-frivolous action. *See* 28 U.S.C. § 753(f). These requirements do not violate the Constitution. *See United States v. McCollum*, 426 U.S. 317 (1976) (court's decision not to grant indigent federal prisoner unconditional right to obtain trial transcript for § 2255 proceeding does not violate due process or equal protection).

In this case, the defendant has not submitted any documentation that he is indigent. Furthermore, he has no pending matter before this Court. This Court, therefore, is unable to certify that the petitioner is pursuing a matter that is not frivolous or that transcripts are needed to decide the issue or issues presented by such a matter. *United States v. Hovarth*, 157 F.3d 131, 132 (2d Cir. 1998) (*per curiam*) (motion for free transcript not ripe until filing of § 2255 challenge to sentence); *Chapman v. United States*, 55 F.3d 390, 390-91 (8th Cir. 1995) (*per*

*curiam*) (denial of transcript justified prior to filing of § 2255 challenge to sentence).

Accordingly, it **DENIES** Murphy's motion (Doc. 153).

If, at some point, the defendant should have a matter pending before this Court, he may resubmit his request for free transcripts. At such time, the defendant will have the burden to establish (1) that he is indigent (such as by submitting an affidavit and a record of his prison trust fund account for the last six-months), and (2) that the transcripts are needed to decide a pending non-frivolous motion.

**IT IS SO ORDERED.**
**DATED: August 19, 2008**

s/ J. Phil Gilbert
**J. PHIL GILBERT, DISTRICT JUDGE**